Dismissed and Memorandum
Opinion filed June 24, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00979-CV

____________

 

RIYA HOUSTON HOTEL, LLC, Appellant

 

V.

 

HORNET INVESTORS, LP, Appellee

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2008-70859

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 2, 2009.  On June 14, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.